IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

GERALD EATON, )
)
        Petitioner, )
)
vs ) CIVIL ACTION NO.99-S-2290-NE
)
WARDEN BILLY MITCHEM, et al., )
)
        Respondents. )

FILED
00 SEP 20 AM 7:57
U.S. DIST. COURT
N.D. OF ALABAMA

**ENTERED**
SEP 2 0 2000

## MEMORANDUM OF OPINION

    On September 1, 2000, the magistrate judge entered a report and recommendation, finding that this § 2254 petition is successive and recommending that it be dismissed because the petitioner failed to obtain authorization from the Eleventh Circuit Court of Appeals to file a successive petition, as required by 28 U.S.C. § 2244(b)(3)(A). The magistrate judge alternatively found that even if the petitioner had obtained the necessary permission to file a successive petition, the petition is barred by the one-year statute of limitations set forth in the Antiterrorism and Effective Death Penalty Act of 1996.

    In his objections, the petitioner appears to argue that his petition is not barred by the statute of limitations, because he filed a Rule 32 petition in the Circuit Court of Sumter County on January 14, 1997, which tolled the running of the statute of limitations until the petition was denied on November 20, 1998.

13

The petitioner has submitted exhibits in support of his claim that he had a Rule 32 petition pending in state court. The respondents made no mention of such a petition in their response. Further, it is impossible to tell from the face of the petitioner's exhibits if the state petition actually pertained to the petitioner's 1964 murder conviction or if the petition was properly filed in state court.

If the exhibits submitted by the petitioner do pertain to his 1964 murder conviction and if the state petition was properly filed, the statute of limitations would have been tolled during the pendency of the petition. However, that does not change the fact that this is the petitioner's fourth federal habeas corpus petition filed in this court and he has not obtained the necessary permission from the Eleventh Circuit Court of Appeals to file a successive petition in this court. Thus, even if the petition is not barred by the statute of limitations, it is barred by 28 U.S.C. § 2244(b)(3)(A).

Having considered the entire file in this action together with the Magistrate Judge's Report and Recommendation, and the objections of the petitioner, the court has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as

2

the findings and conclusions of the court. In accord with the recommendation, this petition for writ of habeas corpus is due to be dismissed pursuant to 28 U.S.C. § 2244(b)(3)(A). An appropriate order will be entered.

DONE, this _20th_ day of _September_, 2000.

_____
UNITED STATES DISTRICT JUDGE